# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BOKF, NA, a national bank, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:24-cv-00703-J |
| | ) |
| (1) ISAAC DOLE; | ) |
| (2) ISAAC DOLE REVOCABLE TRUST | ) |
| | ) |
| Defendants. | ) |

## DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BOKF, NA hereby dismisses its claim entirety without prejudice, with the parties to bear their own costs and attorneys' fees. The dismissal shall be effective upon filing.

Respectfully Submitted,

/s/ Samuel S. Ory
Nora R. O'Neill, OBA #19901
Samuel S. Ory, OBA #30340
FREDERIC DORWART, LAWYERS PLLC
124 E. 4th Street
Tulsa, Oklahoma 74103
(918) 583-9922 – telephone
(918) 584-2729 – facsimile
noneill@fdlaw.com
*sory@fdlaw.com*
*Attorney for Plaintiff BOKF, NA*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 26th day of August, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

/s/ Samuel S. Ory
Samuel S. Ory